# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                    NO. 4:08CR00061-002 SWW

JOHN WESLEY SHAVER

## ORDER OF DISMISSAL

Pending before the Court is government's motion for dismissal of the indictment against defendant, John Wesley Shaver, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

IT IS ORDERED that the government's motion [doc #125] for dismissal of the indictment against the above-named defendant be **granted**, and the indictment pending against defendant John Wesley Shaver in the above-styled case is **dismissed without prejudice**.

DATED this 16th day of June 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE